UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

Re:

GEORGE F HARRIS  Case No.: 1-16-05053-HWV
BRENDA L HARRIS  Chapter 13
    Debtor(s)

## NOTICE OF FINAL CURE PAYMENT

Pursuant to the Fed. Bankr. Rule 3002.1(f), the Trustee gives Notice that the amount required to cure the pre-petition default in the below claim has been paid in full and the Debtor(s) have completed all payments under the plan.

**PART 1:**      **MORTGAGE INFORMATION**

| | |
|---|---|
| Creditor Name: | NEWREZ LLC DBA SHELLPOINT MORTGAGE SERVI |
| Court Claim Number: | 04 |
| Last Four of Loan Number: | 15 Pheasant Run - PRE-ARREARS - 1091 |
| Property Address if applicable: | 15 PHEASANT RUN, , YORK HAVEN, PA17370 |

**PART 2:**      **CURE AMOUNT**

TOTAL CURE DISBURSEMENT MADE BY THE TRUSTEE

| | | |
|---|---|---|
| a. | Allowed prepetition arrearages: | $1,321.81 |
| b. | Prepetition arrearages paid by the Trustee: | $1,321.81 |
| c. | Amount of postpetition fees, expenses, and charges recoverable Under Bankruptcy Rule 3002.1(c): | $0.00 |
| d. | Amount of postpetition fees, expenses, and charges recoverable Under Bankruptcy Rule 3002.1(c) and paid by the Trustee: | $0.00 |
| e. | Allowed postpetition arrearage: | $0.00 |
| f. | Postpetition arrearages paid by the Trustee: | $0.00 |
| g. | Total b, d, f: | $1,321.81 |

**PART 3:**      **POST PETITION MORTGAGE PAYMENT**

Paid direct by the Debtor(s)

Current Monthly Mortgage Payment: $0.00

Next postpetition payment due:

If known, Principal Balance Outstanding: UNKNOWN

**PART 4:**      **A RESPONSE IS REQUIRED BY BANKRUPTCY RULE 3002.1(g)**

Within 21 days of the service of this Notice, the creditor must file and serve same on debtor, debtor's counsel and trustee, pursuant to Fed. Bankr. Rule 3002.1(g), a statement indicating whether it agrees that the debtor has paid in full the amount required to cure the default, has paid all outstanding post-petition fees, costs or escrow amounts due, and whether, consistent with §1322(b)(5) of the Bankruptcy Code, the debtor is current on all post-petition payments as of the date of this Notice or be subject to further action of the court including possible sanctions.

To assist in reconciling the claim, a history of payments made by the Trustee is attached to copies of this Notice sent to the Debtor and Creditor.

I certify that the information contained herein is true and correct to the best of my knowledge, information and reasonable belief.

Dated: December 20, 2021          Respectfully submitted,

         s/ Jack N. Zaharopoulos
         Standing Chapter 13 Trustee
         Suite A, 8125 Adams Drive
         Hummelstown, PA 17036
         Phone: (717) 566-6097
         Fax: (717) 566-8313
         eMail: info@pamd13trustee.com

Creditor Name: NEWREZ LLC DBA SHELLPOINT MORTGAGE SERVI
Court Claim Number: 04

| CLM # | CHECK # | DATE | PRIN PAID | INT PAID | TOTAL DISB |
|-------|---------|------|-----------|----------|------------|
| 5200 | 1220587 | 08/12/2020 | $160.70 | $0.00 | $160.70 |
| 5200 | 1221648 | 09/17/2020 | $72.90 | $0.00 | $72.90 |
| 5200 | 1222645 | 10/15/2020 | $73.71 | $0.00 | $73.71 |
| 5200 | 1224412 | 12/10/2020 | $147.42 | $0.00 | $147.42 |
| 5200 | 1226199 | 01/19/2021 | $73.71 | $0.00 | $73.71 |
| 5200 | 1227405 | 02/17/2021 | $73.71 | $0.00 | $73.71 |
| 5200 | 1228430 | 03/17/2021 | $73.71 | $0.00 | $73.71 |
| 5200 | 1229442 | 04/15/2021 | $73.71 | $0.00 | $73.71 |
| 5200 | 2000834 | 05/18/2021 | $76.14 | $0.00 | $76.14 |
| 5200 | 2001818 | 06/16/2021 | $76.14 | $0.00 | $76.14 |
| 5200 | 2002801 | 07/14/2021 | $76.14 | $0.00 | $76.14 |
| 5200 | 2003891 | 08/18/2021 | $76.14 | $0.00 | $76.14 |
| 5200 | 2004721 | 09/14/2021 | $76.14 | $0.00 | $76.14 |
| 5200 | 2005764 | 10/14/2021 | $73.95 | $0.00 | $73.95 |
| 5200 | 2006796 | 11/16/2021 | $73.95 | $0.00 | $73.95 |
| 5200 | 2007819 | 12/15/2021 | $43.64 | $0.00 | $43.64 |

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

Re:
    GEORGE F HARRIS                                   Case No.: 1-16-05053-HWV
    BRENDA L HARRIS                                Chapter 13
        Debtor(s)

# CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on December 20, 2021, I served a copy of this Notice of Final Cure and History of Payments made on the following parties by 1st Class mail, from Hummelstown, PA unless served electronically.

| | |
|---|---|
| DAWN MARIE CUTAIA, ESQUIRE<br>115 EAST PHILADELPHIA STREET<br>YORK PA, 17401- | SERVED ELECTRONICALLY |
| SHELLPOINT MORTGAGE SERVICING<br>PO BOX 10826<br>GREENVILLE, SC, 29603-0675 | SERVED BY 1ST CLASS MAIL |
| GEORGE F HARRIS<br>BRENDA L HARRIS<br>15 PHEASANT RUN<br>YORK HAVEN, PA 17370 | SERVED BY 1ST CLASS MAIL |

I certify under penalty of perjury that the foregoing is true and correct.

Date: December 20, 2021                               s/    Liz Joyce
                                                                          Jack N. Zaharopoulos
                                                                          Standing Chapter 13 Trustee
                                                                          Suite A, 8125 Adams Drive
                                                                          Hummelstown, PA 17036
                                                                          Phone: (717) 566-6097
                                                                          Fax: (717) 566-8313
                                                                          eMail: info@pamd13trustee.com