United States Bankruptcy Court

Middle District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 16-05053-HWV |
| George F Harris | Chapter 13 |
| Brenda L Harris | |
|     Debtors | |

# CERTIFICATE OF NOTICE

District/off: 0314-1     User: AutoDocke     Page 1 of 2
Date Rcvd: Jan 07, 2022     Form ID: trc     Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol**     **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 09, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| 5433119 | + | NewRez LLC d/b/a Shellpoint Mortgage Servicing, P.O. Box 10826, Greenville, SC 29603-0675, NewRez LLC d/b/a Shellpoint Mortgage Ser, P.O. Box 10826 Greenville, SC 29603-0826 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 09, 2022     Signature:     /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 7, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Adam Bradley Hall | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper amps@manleydeas.com |
| Alexandra Teresa Garcia | on behalf of Creditor SANTANDER BANK N.A. ecfmail@mwc-law.com, ecfmail@ecf.courtdrive.com |
| Ashlee Crane Fogle | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper afogle@rascrane.com |
| Charles G. Wohlrab | on behalf of Creditor GS Mortgage-Backed Securities Trust 2021-RPL2 cwohlrab@raslg.com |
| Dawn Marie Cutaia | on behalf of Debtor 2 Brenda L Harris dmcutaia@gmail.com cutaialawecf@gmail.com;r46159@notify.bestcase.com,judy.cutaialaw@gmail.com |

Dawn Marie Cutaia
    on behalf of Debtor 1 George F Harris dmcutaia@gmail.com
    cutaialawecf@gmail.com;r46159@notify.bestcase.com,judy.cutaialaw@gmail.com

Heather Stacey Riloff
    on behalf of Creditor Seterus  Inc., as the authorized subservicer for Federal National Mortgage Association ("Fannie Mae"),
    creditor heather@mvrlaw.com, Michelle@mvrlaw.com

Jack N Zaharopoulos (Trustee)
    TWecf@pamd13trustee.com

Jeniece Davis
    on behalf of Creditor Seterus  Inc., as the authorized subservicer for Federal National Mortgage Association ("Fannie Mae"),
    creditor jeniece@mvrlaw.com, bonnie@mvrlaw.com

Jeniece Davis
    on behalf of Creditor Seterus  Inc., as the authorized subservicer for Federal National Mortgage Association (FNMA),
    jeniece@mvrlaw.com, bonnie@mvrlaw.com

Rebecca Ann Solarz
    on behalf of Creditor Goldman Sachs Mortgage Company bkgroup@kmllawgroup.com

United States Trustee
    ustpregion03.ha.ecf@usdoj.gov

TOTAL: 12

# United States Bankruptcy Court

Middle District of Pennsylvania
Case No. 1:16-bk-05053-HWV
Chapter 13

In re: Debtor(s) (including Name and Address)

George F Harris
15 Pheasant Run
York Haven PA 17370

Brenda L Harris
15 Pheasant Run
York Haven PA 17370

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 01/07/2022.

Name and Address of Alleged Transferor(s):

Claim No. 4: NewRez LLC d/b/a Shellpoint Mortgage Servicing, P.O. Box 10826, Greenville, SC 29603-0675, NewRez LLC d/b/a Shellpoint Mortgage Ser, P.O. Box 10826, Greenville, SC 29603-0675

Name and Address of Transferee:

GS Mortgage-Backed Securities Trust
NewRez LLC dba Shellpoint Mortgage
P.O. Box 10826
Greenville, SC 29603
GS Mortgage-Backed Securities Trust
NewRez LLC dba Shellpoint Mortgage

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 01/09/22

Terrence S. Miller
**CLERK OF THE COURT**