In re:  
George F Harris  
Brenda L Harris  
    Debtors

Case No. 16-05053-HWV  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-1     User: AutoDocke     Page 1 of 3  
Date Rcvd: Jan 18, 2022     Form ID: 3180W     Total Noticed: 37

The following symbols are used throughout this certificate:  
**Symbol**    **Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++    Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

##    Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 20, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | George F Harris, Brenda L Harris, 15 Pheasant Run, York Haven, PA 17370-9555 |
| cr | + | GS Mortgage-Backed Securities Trust 2021-RPL2, RAS Crane & Partners, PLLC, 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| cr | + | SELECT PORTFOLIO SERVICING, INC., PO Box 65250, Salt Lake City, UT 84165-0250 |
| 5454585 | + | GS Mortgage-Backed Securities Trust, NewRez LLC dba Shellpoint Mortgage, P.O. Box 10826, Greenville, SC 29603-0826 |
| 5454586 | + | GS Mortgage-Backed Securities Trust, NewRez LLC dba Shellpoint Mortgage, P.O. Box 10826, Greenville, SC 29603, GS Mortgage-Backed Securities Trust NewRez LLC dba Shellpoint Mortgage 29603-0826 |
| 5388763 | + | Goldman Sachs Mortgage Company, Serviced by Select Portfolio Servicing,, PO Box 65250, Salt Lake City, UT 84165-0250 |
| 5388764 | + | Goldman Sachs Mortgage Company, Serviced by Select Portfolio Servicing,, PO Box 65250, Salt Lake City, UT 84165-0250, Goldman Sachs Mortgage Company Serviced by Select Portfolio Servicing, |
| 4865072 | | Kia Motors, Po Box 650805, Dallas TX 75265-0805 |
| 5210380 | + | Nationstar Mortgage, LLC d/b/a Mr. Cooper, PO Box 619094, Dallas, TX 75261-9094 |
| 5210381 | + | Nationstar Mortgage, LLC d/b/a Mr. Cooper, PO Box 619094, Dallas, TX 75261, Nationstar Mortgage, LLC d/b/a Mr. Coope, PO Box 619094 Dallas, TX 75261-9094 |
| 5433118 | + | NewRez LLC d/b/a Shellpoint Mortgage Servicing, P.O. Box 10826, Greenville, SC 29603-0826 |
| 5433119 | + | NewRez LLC d/b/a Shellpoint Mortgage Servicing, P.O. Box 10826, Greenville, SC 29603-0675, NewRez LLC d/b/a Shellpoint Mortgage Ser, P.O. Box 10826 Greenville, SC 29603-0826 |
| 4865075 | + | Principal Financial Group, 711 High Street, Des Moines IA 50392-0001 |
| 4865077 | ++ | SETERUS INC, PO BOX 619096, DALLAS TX 75261-9096 address filed with court:, Seterus, 14523 Sw Millikan Way, Suite 200, Beaverton OR 97005 |
| 4895104 | + | Seterus, Inc., as the authorized subservicer for F, P.O. Box 1047, Hartford CT 06143-1047 |
| 4865082 | + | The Bureaus Inc, 650 Dundee Rd, Ste 370, Northbrook IL 60062-2757 |
| 4865067 | + | York Adams Tax Claim Bureau, PO BOX 15627, York PA 17405-0156 |

TOTAL: 17

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 4908034 | | EDI: AIS.COM | Jan 19 2022 00:03:00 | American InfoSource LP as agent for, Verizon, PO Box 248838, Oklahoma City, OK 73124-8838 |
| 4902475 | + | EDI: RECOVERYCORP.COM | Jan 19 2022 00:03:00 | Bureaus Investment Group Portfolio No 15 LLC, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 4892227 | | Email/PDF: bncnotices@becket-lee.com | Jan 18 2022 18:58:48 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 4865068 | + | EDI: CITICORP.COM | Jan 19 2022 00:03:00 | Citibank / Sears, Citicorp Credit Services/Attn: Centraliz, Po Box 790040, Saint Louis MO 63179-0040 |
| 4865069 | + | EDI: CITICORP.COM | Jan 19 2022 00:03:00 | Citibank/The Home Depot, Citicorp Cr Srvs/Centralized Bankruptcy, Po Box 790040, S Louis MO 63179-0040 |

| Recip ID | Bypass | Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 4867065 | | EDI: DISCOVER.COM | Jan 19 2022 00:03:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 4865070 | + | EDI: DISCOVER.COM | Jan 19 2022 00:03:00 | Discover Financial, Po Box 3025, New Albany OH 43054-3025 |
| 4865071 | + | EDI: DISCOVERPL | Jan 19 2022 00:03:00 | Discover Personal Loan, Attention: Bankruptcy, Po Box 30954, Salt Lake City UT 84130-0954 |
| 4909489 | + | EDI: HY11.COM | Jan 19 2022 00:03:00 | Hyundai Capital America DBA, Kia Motors Finance, PO Box 20825, Fountain Valley, CA 92728-0825 |
| 4865066 | | EDI: IRS.COM | Jan 19 2022 00:03:00 | IRS Centralized Insolvency Oper., PO Box 21126, Philadelphia PA 19114-0326 |
| 4865073 | + | EDI: FORD.COM | Jan 19 2022 00:03:00 | Kia Motors Finance Co, Po Box 20825, Fountain Valley CA 92728-0825 |
| 4865074 | + | Email/Text: PBNCNotifications@peritusservices.com | Jan 18 2022 18:57:00 | Kohls/Capital One, Po Box 3120, Milwaukee WI 53201-3120 |
| 4895725 | + | EDI: MID8.COM | Jan 19 2022 00:03:00 | MIDLAND FUNDING LLC, MIDLAND CREDIT MANAGEMENT, INC. as agent, for MIDLAND FUNDING LLC, PO Box 2011, Warren, MI 48090-2011 |
| 4913846 | | EDI: PRA.COM | Jan 19 2022 00:03:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 4891728 | + | Email/Text: DeftBkr@santander.us | Jan 18 2022 18:57:00 | SANTANDER BANK, N.A, 601 Penn Street, 10-6438-FB7, Reading, PA 19601-3563 |
| 4865076 | + | Email/Text: DeftBkr@santander.us | Jan 18 2022 18:57:00 | Santander Bank, Po Box 841002, Boston MA 02284-1002 |
| 4865078 | + | EDI: RMSC.COM | Jan 19 2022 00:03:00 | Syncb/care Credit, C/o Po Box 965036, Orlando FL 32896-0001 |
| 4865079 | + | EDI: RMSC.COM | Jan 19 2022 00:03:00 | Synchrony Bank/Old Navy, Po Box 965064, Orlando FL 32896-5064 |
| 4865080 | + | EDI: RMSC.COM | Jan 19 2022 00:03:00 | Synchrony Bank/QVC, Po Box 965064, Orlando FL 32896-5064 |
| 4865081 | + | EDI: RMSC.COM | Jan 19 2022 00:03:00 | Synchrony Bank/Walmart, Po Box 965064, Orlando FL 32896-5064 |
| 4865082 | + | EDI: PRATHEBUR | Jan 19 2022 00:03:00 | The Bureaus Inc, 650 Dundee Rd, Ste 370, Northbrook IL 60062-2757 |

TOTAL: 21

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | NewRez LLC d/b/a Shellpoint Mortgage Servicing |
| cr | *+ | Santander Bank, N.A., 601 Penn Street, 10-6438-FB7, Reading, pa 19601-3563 |
| 4902576 | *+ | Santander Bank, N.A., 601 Penn Street, 10-6438-FB7, Reading, PA 19601-3563 |
| 4866589 | ##+ | Seterus, Inc., PO Box 1077, Hartford, CT 06143-1077 |

TOTAL: 1 Undeliverable, 2 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 20, 2022       Signature:    /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 18, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Adam Bradley Hall | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper amps@manleydeas.com |
| Alexandra Teresa Garcia | on behalf of Creditor SANTANDER BANK N.A. ecfmail@mwc-law.com, ecfmail@ecf.courtdrive.com |
| Ashlee Crane Fogle | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper afogle@rascrane.com |
| Charles G. Wohlrab | on behalf of Creditor GS Mortgage-Backed Securities Trust 2021-RPL2 cwohlrab@raslg.com |
| Dawn Marie Cutaia | on behalf of Debtor 1 George F Harris dmcutaia@gmail.com cutaialawecf@gmail.com;r46159@notify.bestcase.com,judy.cutaialaw@gmail.com |
| Dawn Marie Cutaia | on behalf of Debtor 2 Brenda L Harris dmcutaia@gmail.com cutaialawecf@gmail.com;r46159@notify.bestcase.com,judy.cutaialaw@gmail.com |
| Heather Stacey Riloff | on behalf of Creditor Seterus Inc., as the authorized subservicer for Federal National Mortgage Association ("Fannie Mae"), creditor heather@mvrlaw.com, Michelle@mvrlaw.com |
| Jack N Zaharopoulos (Trustee) | TWecf@pamd13trustee.com |
| Jeniece Davis | on behalf of Creditor Seterus Inc., as the authorized subservicer for Federal National Mortgage Association ("Fannie Mae"), creditor jeniece@mvrlaw.com, bonnie@mvrlaw.com |
| Jeniece Davis | on behalf of Creditor Seterus Inc., as the authorized subservicer for Federal National Mortgage Association (FNMA), jeniece@mvrlaw.com, bonnie@mvrlaw.com |
| Rebecca Ann Solarz | on behalf of Creditor Goldman Sachs Mortgage Company bkgroup@kmllawgroup.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 12

| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | George F Harris<br>First Name    Middle Name    Last Name | Social Security number or ITIN  xxx–xx–8880<br>EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | Brenda L Harris<br>First Name    Middle Name    Last Name | Social Security number or ITIN  xxx–xx–9941<br>EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | Middle District of Pennsylvania | |
| Case number: | 1:16–bk–05053–HWV | |

# Order of Discharge 12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

George F Harris                    Brenda L Harris

1/18/22

**By the court:**

Henry W. Van Eck, Chief Bankruptcy Judge

## Explanation of Bankruptcy Discharge in a Chapter 13 Case

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**
Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**