United States Bankruptcy Court

Middle District of Pennsylvania

In re:     Case No. 16-05053-HWV
George F Harris     Chapter 13
Brenda L Harris
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-1     User: AutoDocke     Page 1 of 2
Date Rcvd: Apr 05, 2022     Form ID: fnldec     Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol**     **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 07, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | + George F Harris, Brenda L Harris, 15 Pheasant Run, York Haven, PA 17370-9555 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 07, 2022     Signature:     /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 5, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Adam Bradley Hall | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper amps@manleydeas.com |
| Alexandra Teresa Garcia | on behalf of Creditor SANTANDER BANK N.A. ecfmail@mwc-law.com, ecfmail@ecf.courtdrive.com |
| Ashlee Crane Fogle | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper afogle@rascrane.com |
| Charles G. Wohlrab | on behalf of Creditor GS Mortgage-Backed Securities Trust 2021-RPL2 cwohlrab@raslg.com |
| Dawn Marie Cutaia | on behalf of Debtor 2 Brenda L Harris dmcutaia@gmail.com cutaialawecf@gmail.com;r46159@notify.bestcase.com;judy.cutaialaw@gmail.com;r46159@notify.bestcase.com |
| Dawn Marie Cutaia | |

| | |
|---|---|
| | on behalf of Debtor 1 George F Harris dmcutaia@gmail.com cutaialawecf@gmail.com;r46159@notify.bestcase.com,judy.cutaialaw@gmail.com;r46159@notify.bestcase.com |
| Heather Stacey Riloff | on behalf of Creditor Seterus Inc., as the authorized subservicer for Federal National Mortgage Association ("Fannie Mae"), creditor heather@mvrlaw.com, Michelle@mvrlaw.com |
| Jack N Zaharopoulos (Trustee) | TWecf@pamd13trustee.com |
| Jeniece Davis | on behalf of Creditor Seterus Inc., as the authorized subservicer for Federal National Mortgage Association ("Fannie Mae"), creditor jeniece@mvrlaw.com, bonnie@mvrlaw.com |
| Jeniece Davis | on behalf of Creditor Seterus Inc., as the authorized subservicer for Federal National Mortgage Association (FNMA), jeniece@mvrlaw.com, bonnie@mvrlaw.com |
| Rebecca Ann Solarz | on behalf of Creditor Goldman Sachs Mortgage Company bkgroup@kmllawgroup.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 12

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | |
|---|---|
| George F Harris,<br>**Debtor 1**<br>Brenda L Harris,<br>**Debtor 2** | Chapter 13<br><br>Case No. 1:16−bk−05053−HWV |

Social Security No.:
xxx−xx−8880     xxx−xx−9941

Employer's Tax I.D. No.:

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered and the deposit required by the plan has been distributed.

**IT IS ORDERED THAT:**

**Jack N Zaharopoulos (Trustee)**

is discharged as trustee of the estate of the above named debtor(s); and the chapter 13 case of the above named debtor(s) is closed.

By the Court,

*Henry W. Van Eck*

Henry W. Van Eck, Chief Bankruptcy Judge

Dated: April 5, 2022

**fnldec** (01/22)